# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SIMONE BLANCHETTE, Derivatively on Behalf of Nominal Defendant PAYSIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK NEWCOMER, DANIEL H. SPENCE, DAN R. HENR, QUINN WILLIAMS, JOAN M. HERMAN, BRUCE A. MINA, DENNIS TRIPLETT, and MARK ATTINGER, <br><br> Defendants, <br><br> and <br><br> PAYSIGN, INC., <br><br> Nominal Defendant. | Case No. 2:23-CV-1632 JCM (BNW) <br><br> ORDER |

The presiding district judges have agreed that there is good cause to reassign 2:23-cv-01632-JCM-BNW to Judge Richard F. Boulware, II under LR 42-1. Reassignment will promote judicial efficiency and does not result in prejudice to the parties.

. . .

. . .

. . .

. . .

1    IT IS THEREFORE ORDERED that Case No. 2:23-cv-01632-JCM-BNW is reassigned to Judge Boulware.  The clerk of court is instructed to update Case No. 2:23-cv-01632-JCM-BNW to appear as 2:23-cv-01632-RFB-BNW.

DATED March 4, 2025.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE


_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE